UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: James Henry Call  
Terrie Mace Call  

Case No. 13-30686

Chapter 13

Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **January 27, 2015**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4) Other provisions:

Dated: **Mar 17 2015**

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/ Suzanne E. Wade  
Suzanne E. Wade  
Standing Chapter 13 Trustee  
P. O. Box 1780  
Richmond, Virginia 23218-1780  
(804) 775-0979  
VSB #31868  

/s/ Kevin R. Huennekens  
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER  
Entered On Docket **Mar 19 2015**

**PARTIES TO RECEIVE COPIES:**  
James & Terrie Call  
10803 Timber Run Road  
Chesterfield, VA 23832  

ConfirmingOrder