IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>JAMES HENRY CALL<br>TERRIE MACE CALL<br><br>　　　Debtors | Case No. 13-30686-KRH<br>(Chapter 13) |
| CITIFINANCIAL, INC. D/B/A<br>CITIFINANCIAL, INC. (WV)<br><br>　　　Movant<br>　v.<br><br>JAMES HENRY CALL<br>TERRIE MACE CALL and<br>SUZANNE E. WADE, Trustee.<br><br>　　　Respondents | Ref. Dkt. #82 |

## NOTICE OF NON-PAYMENT

Now comes CitiFinancial, Inc. d/b/a CitiFinancial, Inc. (WV) ("CitiFinancial"), by undersigned counsel, and hereby gives notice of the following:

1. A Consent Order Modifying Automatic Stay ("Consent Order") was entered by this Court on August 17, 2015.

2. CitiFinancial has complied with the terms of the terms of the entered Consent Order.

3. Pursuant to the terms of the Consent Order, a Notice of Default was served and filed on December 2, 2015.

Kathryn Smits, Bar #77337
ksmits@atlanticlawgrp.com
Hugh J. Green, Bar #86687
hgreen@atlanticlawgrp.com
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

4. That neither the Debtor nor the Trustee have complied with the terms of the Consent Order by failing to take any of the following actions since the mailing of the Notice of Default:

a. cure the default;

b. file an objection with the Court stating that no default exists; or

c. file an objection with the Court stating any other reason why an Order granting relief from the automatic stay should not be entered; and

5. That pursuant to the terms of the Consent Order, CitiFinancial considers the automatic stay terminated with regards to the collateral referenced in the Consent Order upon entry of the Order Terminating Stay.

Respectfully submitted,

__/s/ Kathryn Smits_____
Kathryn Smits, Bar #77337
ksmits@atlanticlawgrp.com
Hugh J. Green, Bar #86687
hgreen@atlanticlawgrp.com
Atlantic Law Group, LLC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice of Non-Payment were mailed by first class mail, postage-paid, and electronically where applicable, this 19 day of January, 2016 to the following parties:

James Henry Call
Terrie Mace Call
10803 Timber Run Road
Chesterfield, VA 23832
Debtors

Richard James Oulton, Esquire
America Law Group, Inc.
8501 Mayland Dr.
Suite 106
Henrico, VA 23294
Attorney for the Debtors

Suzanne E. Wade, Trustee
P.O. Box 1780
Richmond, VA 23218-1780


　　/s/ Kathryn Smits
Kathryn Smits, Esquire
Hugh J. Green, Esquire